Name: Laura Duffy
Address: P.O. Box 931511
LA, CA 90093
Phone: 8453062018
Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Laura Duffy,

PLAINTIFF,

vs.

U.S. Supreme Court - OCC

DEFENDANT(S).

Case No.: CV23-3958-GW(MARx)
(To be supplied by the Clerk)

COMPLAINT FOR:

_____
_____
_____
_____
_____
_____

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under _law against the U.S. and its agencies._

Pro Se Clinic Form                    Page Number

## II. VENUE

2. Venue is proper pursuant to _I am currently residing in Los Angeles_

## III. PARTIES

3. Plaintiff's name is _Laura Duffy_. Plaintiff resides at: _647 Silver Hollow Rd, Willow, NY 12495_

4. Defendant _John Roberts (Supreme Court Justices + OCC Justices)_

5. Defendant _Clarence Thomas_

1  ___. Defendant Amy Coney Barrett
   Insert ¶ #

8  ___. Defendant Brett Kavanaugh
   Insert ¶ #

15 ___. Defendant Neil Gorsuch
   Insert ¶ #

22 ___. Defendant Elena Kagan
   Insert ¶ #
   Sonia Sotomayor
   Ketanji Brown Jackson
   Samuel Alito

## IV. STATEMENT OF FACTS

Insert ¶ # I have brought before the Supreme Court all of the illegal actions of J.P. Morgan Chase Bank, regarding my personal and business checking account and they do not answer. In fact instead of answering they

Insert ¶ # have blocked any further access to them, though the emails are delivered anyway. But they persist in denying that they have received them.

Also there is the matter of Chase Auto Loan and the

Insert ¶ # beneficiary account my daughter opened for me in 2017.

Besides these matters there is the fact that E. Vance Westmark has stolen my property in California (joint with Neil Diamond) and that the Superior Court of Los

Pro Se Clinic Form        Page Number

Angeles has found her guilty of this and accessing money in my bank accounts at JP Morgan Chase and sentenced her to life imprisonment without parole. There was an injunction

put on JP Morgan Chase Bank not to allow her access to my bank accounts and despite all of this there is no improvement at Chase Bank and Evrania Westman/Guzman is free

and living in L.A. all this I have reported to the Supreme Court and they do not answer.

Pro Se Clinic Form                    Page Number

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( ask for resignation of )
*insert title of cause of action*

(As against Defendant(s): all justices of U.S. Supreme Court )

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

## SECOND CAUSE OF ACTION

(arrest Evranis Westman/Guzman)
*insert title of cause of action*

**(As against Defendant(s):** _____ )

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

### THIRD CAUSE OF ACTION

(Return to me and Neil)
insert ~~title of~~ cause of action.

(As against Defendant(s): Diamond all physical property )

Insert ¶ #

Insert ¶ #

Insert ¶ #

## FOURTH CAUSE OF ACTION

( allow me full access )
*insert title of cause of action*

(As against Defendant(s): to my money in the accounts
I have at Chase Bank

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Insert ¶ # _Asking for relief on account of severe hardship of $10,000,000_

Insert ¶ #

Insert ¶ #

Insert ¶ #

Pro Se Clinic Form                              Page Number

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 5/16/23

Sign: *Laura Duffy*
Print Name: LAURA DUFFY

Plaintiff in pro per

